(122 So. 605)
## BARBER v. CITY OF TUSCALOOSA.
### (6 Div. 410.)

Supreme Court of Alabama. May 23, 1929.

E. L. Dodson, of Tuscaloosa, for petitioner.
S. H. Sprott, of Tuscaloosa, opposed.

THOMAS, J. Petition of Jim Barber for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Barber v. City of Tuscaloosa, 122 So. 604.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.

(122 So. 312)
## CITIZENS' BANK & TRUST CO. v. Annie Tera TURNER, Adm'x. (8 Div. 84.)

Supreme Court of Alabama. April 11, 1929.

Rehearing Denied May 23, 1929.

D. L. Rosenau, Jr., of Athens, and E. W. Godbey, of Decatur, for petitioner.
J. G. Rankin, of Athens, for respondent.

BOULDIN, J. Petition of the Citizens' Bank & Trust Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Citizens' Bank & Trust Co. v. Turner, Adm'x, 122 So. 311.

Writ denied.

ANDERSON, C. J., and GARDNER and FOSTER, JJ., concur.